UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2010 JAN -4 P 4:06

BY DEPUTY CLERK

BILLY JOE PATTON (#224102)

VERSUS                                          CIVIL ACTION

JOY MEYERS, ET AL                               NUMBER 09-934-RET-DLD

RULING

Pro se plaintiff, an inmate confined at Ascension Parish Jail, Donaldsonville, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Warden Joy Meyers, C/O Todd, Sgt. Walds, nurse Scott, Lt. Jude Richard and Sgt. Stacy Ante. Plaintiff alleged that he was denied adequate medical treatment, he was improperly reclassified, the prison library is inadequate, and he was falsely accused of refusing to sign an administrative grievance in violation of his constitutional rights.

Plaintiff's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 was denied because on three prior occasions during detention, the plaintiff brought an action that was dismissed as frivolous or for failure to state a claim upon which relief can be granted.[1]

---

[1] Section 1915(g) contains an exception that allows prisoners whose privileges have been revoked to proceed in forma pauperis in cases involving imminent danger of serious physical injury. Plaintiff's claims do not fall under the exception.

A review of the record showed that the plaintiff failed to pay the filing fee. Therefore, the plaintiff's § 1983 complaint shall be dismissed without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 4, 2010.

JAMES J. BRADY
MIDDLE DISTRICT OF LOUISIANA