UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BILLY JOE PATTON (#224102)

VERSUS                                       CIVIL ACTION

JOY MEYERS, ET AL                            NUMBER 09-934-RET-DLD

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that this action is hereby DISMISSED without prejudice for failure to pay the court's filing fee.

Baton Rouge, Louisiana, January 4, 2010.

James J. Brady
~~RALPH E. TYSON, CHIEF~~ JUDGE
MIDDLE DISTRICT OF LOUISIANA